IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Cooper, Bettina

Printed: 10/9/07

Case Number: 07 B 13119
Judge: Hollis, Pamela S
Filed: 7/22/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Ch 11 Conversion: October 1, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 522.00 |  |
| Secured: |  | 493.81 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 28.19 |
| Other Funds: |  | 0.00 |
| Totals: | 522.00 | 522.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Community Investment Corp. | Secured | 0.00 | 0.00 |
| 2. | More Equity | Secured | 0.00 | 0.00 |
| 3. | Community Investment Corp. | Secured | 0.00 | 0.00 |
| 4. | Nissan Motor Acceptance Corporation | Secured | 11,000.00 | 493.81 |
| 5. | Community Investment Corp. | Secured | 94,871.55 | 0.00 |
| 6. | Community Investment Corp. | Secured | 6,208.10 | 0.00 |
| 7. | FIA Card Services | Unsecured | 0.00 | 0.00 |
| 8. | Capital One | Unsecured | 0.00 | 0.00 |
| 9. | Discover Financial Services | Unsecured | 0.00 | 0.00 |
| 10. | Nissan Motor Acceptance Corporation | Unsecured | 735.98 | 0.00 |
| 11. | USAA Federal Savings | Unsecured | 1,291.43 | 0.00 |
| 12. | American Express Centurion | Unsecured | 10,858.12 | 0.00 |
| 13. | Peoples Energy Corp | Unsecured | 278.78 | 0.00 |
| 14. | More Equity | Secured | | No Claim Filed |
| 15. | More Equity | Secured | | No Claim Filed |
| 16. | Bryan Tiller | Priority | | No Claim Filed |
| 17. | Citi Cards | Unsecured | | No Claim Filed |
| 18. | Bank Of America | Unsecured | | No Claim Filed |
| 19. | Blue Cross & Blue Shield | Unsecured | | No Claim Filed |
| 20. | Innovative Bank | Unsecured | | No Claim Filed |
| 21. | Village Of Matteson | Unsecured | | No Claim Filed |
| 22. | Stay Kleen | Unsecured | | No Claim Filed |
| 23. | Home Depot | Unsecured | | No Claim Filed |
| 24. | Superior Bank FSB | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Cooper, Bettina

Printed: 10/9/07

Case Number: 07 B 13119
Judge: Hollis, Pamela S
Filed: 7/22/07

|  |  |
|---|---|
| _____ | _____ |
| $ 125,243.96 | $ 493.81 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 28.19 |
|  | _____ |
|  | $ 28.19 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_