**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BETTINA COOPER | ) | Case No. 07-13119 |
| | ) | |
| Debtor. | ) | Judge Pamela Hollis |
| | ) | Hearing: 03/10/09 at 10 a.m. |

**CERTIFICATE OF SERVICE**

    I, Forrest L. Ingram, an attorney, caused a true and correct copy of the attached NOTICE FOR HEARING ON FINAL APPLICATION FOR COMPENSATION FOR PROFESSIONAL SERVICES AND REIMBURSEMENT OF EXPENSES OF FORREST L. INGRAM, P.C., upon all parties entitled to service at the address listed on the service list attached below, by regular mail, postage prepaid, by placing a copy in the U.S. Mail depository at 79 W. Monroe St., Chicago, Illinois, on or before 5:00 p.m. on February 26, 2009.

                                                                            /s/ Gautham Kaveti

Forrest L. Ingram, P.C.
Forrest L. Ingram #3129032
Peter L. Berk
Patrick F. Lambe
Helena Milman
Gautham Kaveti
79 W. Monroe St., Suite 900
Chicago, IL  60603
(312) 759-2838

## SERVICE LIST

**Via U.S. Mail**:

American Express Centurion Bank
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

CAPITAL ONE BANK
C/O TSYS DEBT MANAGEMENT
PO BOX 5155
NORCROSS, GA 30091

Citi Card
P.O. Box 68711
Des Moines, IA 50368

Discover Bank/DFS-Services, LLC
PO Box 3025
New Albany OH 43054-3025

Home Depot Credit Card
P.O. Box 689100
Des Moines, IA 50368

eCAST Settlement Corporation
Transferee of FIA Card Services aka
Bank of America
POB 35480
Newark NJ 07193-5480

Innovative Bank
Attn: S.A.D.
360 14th Street
Oakland CA 94612

Peoples Gas Light & Coke Co.
130 E Randolph Dr
Chicago IL 60601

Superior Financial Grp.
165 Lennon Lane Ste 101
Walnut Creek CA 94598

USAA Federal Savings Bank
c/o Weinstein & Riley, P.S.,
PO Box 3978
Seattle, WA 98124-3978

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BETTINA COOPER | ) | Case No. 07-13119 |
| | ) | |
| Debtor. | ) | Judge Pamela Hollis |
| | ) | Hearing: 03/10/09 at 10 a.m. |

**NOTICE FOR HEARING ON FINAL APPLICATION FOR
COMPENSATION FOR PROFESSIONAL SERVICES AND FOR
REIMBURSEMENT OF EXPENSES OF FORREST L. INGRAM, P.C.**

To the Debtor, its creditors, and other parties in interest:

Forrest L. Ingram, P.C. ("Applicant"), duly appointed attorneys for Debtor and Debtor in Possession has filed its Final Application for Compensation for Professional Services and Reimbursement of Expenses ("Final Application") with the Clerk of the United States Bankruptcy Court, Northern District, Eastern Division. The hearing is set before the Honorable Pamela Hollis in Courtroom 644, Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois 60604, on March 10, 2009, at 10 a.m., at which time you may appear and be heard. Notice is hereby given that:

1. For the period of October 1, 2008 through February 27, 2009, the Applicant seeks fees for professional services in the amount of $12,697.50, and reimbursement of expenses in the amount of $66.31.

2. Requests for copies of the Final Application shall be made to: Forrest L. Ingram, Forrest L. Ingram, P.C., 79 W. Monroe, Suite 900, Chicago, Illinois 60603.

3. Written objections to the Final Application should be filed with the Bankruptcy Court and served on Debtor's counsel no later than March 4, 2009.

A copy of this Notice is being served by regular mail upon those parties appearing on the service list attached to the original copy hereof filed with the Court.

/s/ Forrest L. Ingram
Forrest L. Ingram

Forrest L. Ingram, P.C.
79 W. Monroe, Suite 900
Chicago, IL 60603
312/759-2838
Atty. No. 3129032